JS-6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL CHAMPOMMIER, and ERIC AVERY FELDMAN, individually and as Successors-In-Interest to ZACHARY CHAMPOMMIER, deceased,<br>        Plaintiffs,<br>   v.<br>UNITED STATES OF AMERICA,<br>        Defendant. | Case No. CV11-10538- MWF (PJWx)<br>[Related Case No. CV11-3913 (Closed)]<br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 124). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

   1.   On Plaintiffs' Claim 1 for wrongful death (negligence): Judgment is entered in favor of Defendant.

   2.   On Plaintiffs' Claim 2 for battery: Judgment is entered in favor of Plaintiffs, as follows:

1 **Plaintiff Carol Champommier**

    a. Economic Damages: $ 6,172.61

    b. Non-Economic Damages: $ 2,000,000.00

     TOTAL: $ 2,006,172.61

**Plaintiff Eric Feldman**

    a. Non-Economic Damages: $ 1,000,000.00

     TOTAL: $ 1,000,000.00

3. Plaintiffs are further awarded their costs as provided by law.

DATED: August 29, 2013

MICHAEL W. FITZGERALD
United States District Judge